41 A.3d 1286

**Waldemar ROSARIO, Petitioner**

v.

**Mike WENEROWICZ, Superintendent–SCI–Graterford, Department of Corrections, Respondents.**

**No. 181 EM 2011.**

Supreme Court of Pennsylvania.

April 20, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

---

41 A.3d 1286

**Gregory STOVER, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Respondent.**

**No. 193 EM 2011.**

Supreme Court of Pennsylvania.

April 20, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing is **DENIED.**